UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:22-cr-00080 |
| | ) JUDGE RICHARDSON |
| GARY ANTHONY | ) |

## ORDER

The plea hearing in this case is rescheduled to **September 6, 2022 at 3:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE